BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
BREANNA K. HARTMANN, ESQ.
Nevada Bar No. 13889
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
bree@mwinjury.com
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERHAN KORKMAZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> DEWALT INDUSTRIAL TOOL COMPANY INC., a Foreign Corporation; BLACK & DECKER INC., a Foreign Corporation; HOME DEPOT U.S.A., INC., a Foreign Profit Corporation; ROE GRINDER MANUFACTURER; ROE GRINDER INSPECTION COMPANY; ROE GRINDER CONTRACTOR; ROE GRINDER DISTRIBUTOR; ROE BATTERY MANUFACTURER; ROE BATTERY INSPECTION COMPANY; ROE BATTERY CONTRACTOR; ROE BATTERY DISTRIBUTOR; DOE INDIVIDUALS I-XX; and ROE BUSINESS ENTITIES I-XX, inclusive, <br><br> Defendants. | CASE NO: 2:22-cv-00636-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANTS DEWALT INDUSTRIAL TOOL COMPANY INC. AND BLACK & DECKER INC. WITHOUT PREJUDICE AND TO PERMIT PLAINTIFF TO AMEND THE COMPLAINT TO SUBSTITUTE BLACK & DECKER (U.S.) INC. dba DEWALT INDUSTRIAL TOOL COMPANY** <br><br> ECF No. 13 |

Defendants DeWalt Industrial Tool Company Inc., Black & Decker Inc., Home Depot U.S.A., Inc. and proper defendant Black & Decker (U.S.) Inc. dba DeWalt Industrial Tool

1  Company (collectively "Defendants"), by and through their counsel of record, Barron & Pruitt,
2  LLP, and Plaintiff Serhan Korkmaz ("Plaintiff"), by and through his counsel of record, Mainor
3  Wirth, LLP, hereby stipulate and agree to the following:

4      1.    Plaintiff alleges "DeWalt Industrial Tool Company" was the manufacturer of a
5  "DeWalt DCG412b" grinder ("grinder") and "DeWalt 20V/60V 6.0AH Battery Pack, DCB 606"
6  ("battery") which Plaintiff was operating on or about March 18, 2020.

7      2.    Plaintiff further alleges that the described grinder; battery; or both, were defective
8  and that because of such defect in either or both of them, Plaintiff suffered lacerating injuries to
9  his left arm on the date alleged.

10      3.    Defendant Black & Decker (U.S.) Inc. has affirmatively represented that it does
11  business as DeWalt Industrial Tool Company, and that DeWalt Industrial Tool Company, and
12  further, that DeWalt Industrial Tool Company has no independent corporate existence, separate
13  and apart from being a registered trade name of Black & Decker (U.S.) Inc.

14      4.    Defendant, Black & Decker (U.S.) Inc. has further affirmatively represented that
15  Black & Decker Inc is a stand-alone entity, and is not the designer, manufacture or distributor of
16  DeWalt products, including the subject grinder and battery.

17      5.    The parties agree that Black & Decker Inc. should be dismissed without prejudice
18  as it is not the designer, manufacturer or distributor of the grinder or battery; that DeWalt
19  Industrial Tool Company has no existence separate and apart from being a registered trade name
20  of Black & Decker (U.S.) Inc.; and that the proper defendant for claims arising from supposed
21  defects in a De Walt branded grinder and/or De Walt branded battery is "Black & Decker (U.S.)
22  Inc dba DeWalt Industrial Tool Company."

23      6.    The parties therefore stipulate that Black & Decker Inc. may be dismissed without
24  prejudice; that "DeWalt Industrial Tool Company" may be removed from the caption as a stand-
25  alone defendant; and the case caption in this proceeding should be amended to read:

26      SERHAN KORKMAZ, individually,
27      Plaintiff
28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

v.

BLACK & Decker (U.S.) INC. dba DeWALT INDUSTRIAL TOOL COMPANY, a foreign corporation; HOME DEPOT U.S.A., INC., a foreign corporation; ROE GRINDER MANUFACTURER; ROE GRINDER INSPECTION COMPANY; ROE GRINDER CONTRACTOR; ROE GRINDER DISTRIBUTOR; ROE BATTERY MANUFACTURER; ROE BATTERY INSPECTION COMPANY; ROE BATTERY CONTRACTOR; ROE BATTERY DISTRIBUTOR; DOE INDIVIDUALS I-XX; and ROE BUSINESS ENTITIES I-XX, inclusive,

Defendants.

7. The parties agree that the stipulated amendment of Plaintiff's Complaint is for the sole purpose of substituting Black & Decker (U.S.) dba DeWalt Industrial Tool Company in place of DeWalt Industrial Tool Company Inc., and for dismissal of Black & Decker Inc. without prejudice, and for no other purpose.

8. Should at any time during this litigation, it becomes known that DeWalt Industrial Tool Company Inc.; Black & Decker Inc.; or either of them is in fact a proper party-defendant to this matter, Plaintiff may amend his complaint accordingly.

DATED this 30th day of August, 2022.

**MAINOR WIRTH, LLP**

*/s/ Breanna K. Hartman*
BREANNA K. HARTMANN, ESQ.
Nevada Bar No. 13889
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 30th day of August, 2022.

**BARRON & PRUITT, LLP**

*/s/ David Barron*
DAVID L. BARRON, ESQ.
Nevada Bar No. 142
3890 West Ann Road
North Las Vegas, Nevada 89130
*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
August 31, 2022