**DAVID BARRON**
Nevada Bar No. 142
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702)870-3950
E-Mail: dbarron@lvnvlaw.com
*Attorneys for Black & Decker Inc., Black & Decker (U.S.) Inc.*
*dba DeWalt Industrial Tool Co., improperly named as*
*"DeWalt Industrial Tool Company, Inc.,"*
*and Home Depot U.S.A, Inc.*

# UNITIED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERHAN KORKMAZ, individually, | Case No: 2:22-cv-00636-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| BLACK & Decker (U.S.) INC. dba DeWALT INDUSTRIAL TOOL COMPANY, a foreign corporation; HOME DEPOT U.S.A., INC., a foreign corporation; ROE GRINDER MANUFACTURER; ROE GRINDER INSPECTION COMPANY; ROE GRINDER CONTRACTOR; ROE GRINDER DISTRIBUTOR; ROE BATTERY MANUFACTURER; ROE BATTERY INSPECTION COMPANY; ROE BATTERY CONTRACTOR; ROE BATTERY DISTRIBUTOR; DOE INDIVIDUALS I-XX; and ROE BUSINESS ENTITIES I-XX, inclusive, Defendants. | ECF No. 28 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SERHAN KORKMAZ, through his attorneys, Ash Marie Blackburn and Mainor Wirth, LLP, and Defendants BLACK & DECKER INC; BLACK & DECKER (U.S.) INC. dba DeWALT INDUSTRIAL TOOL COMPANY; and HOME DEPOT (U.S.A.), Inc., through their attorneys,

1

David Barron and Barron & Pruitt, LLP, that the above-entitled matter may be dismissed with prejudice, with the Plaintiff and Defendants to bear their own costs and fees.

DATED this 28th day of March, 2023.
**BARRON & PRUITT, LLP**

/s/ *David Barron*
DAVID BARRON
Nevada Bar No. 142
3890 West Ann Road
North Las Vegas, Nevada 89130
*Attorneys for Defendants*

DATED this 28th day of March, 2023.
**MAINOR WIRTH, LLP**

/s/ *Ash Marie Blackburn*
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

### ORDER

Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
March 30, 2023

2